UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ODOM ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-14076-WGY |
| ) | |
| ALLIANT CAPITAL ) | |
| MANAGEMENT, LLC ) | |
|     Defendant, ) | |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  February 24, 2015

    RESPECTFULLY SUBMITTED:

    /s/ Kevin V. K. Crick
    Kevin V. K. Crick, Esq.
    Consumer Rights Law Firm, PLLC
    133 Main Street, Second Floor
    North Andover, MA 01845
    Phone: (978) 420-4747
    Fax#1: (978) 409-1846
    Fax#2: (888) 712-4458
    Email:  kevinc@consumerlawfirmcenter.com
    Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on February 24, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.